SEPTEMBER 23, 1952

No. A. R. D. 6.—
    *United States* v. *Atlas Cordage, Inc., H. S. Thielen, Agent.* Entered at Lake Charles, La. Reap. Dec. 8113. Motion by appellant.